COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     Connie Rogge, Individually and as Heir of Richard Hollas Rogge, Richard Rogge, Individually and as Heir of Richard Hollas Rogge, and Richard Rogge as Administrator of the Estate of Richard Hollas Rogge v. The City of Richmond, Texas, Todd Ganey and Danell Gaydos

Appellate case number:   01-14-00866-CV

Trial court case number:   11-DCV-194261

Trial court:                  268th District Court of Fort Bend County

On December 23, 2014, Appellants filed a motion requesting that this Court order the Fort Bend District Clerk to supplement the clerk's record with certain exhibits containing video evidence presented at trial. Appellants contend in their motion that "After contacting the Fort Bend District Clerk in accordance with Texas Rule of Appellate Procedure 34.5(c), Appellants were directed by the District Clerk that an order from this Honorable Court would be required before the Clerk would supplement the record with the compact discs."

Appellants' motion is **granted**.

Moreover, an order from this Court is not required before a trial court clerk is obligated to file a supplemental clerk's record requested by a party. Texas Rule of Appellate Procedure 34.5 requires that a trial court clerk provide the clerk's record and any supplemental clerk's record requested by Appellants. *See* TEX. R. APP. P. 34.5(a)(13) ("any filing that a party designates to have included in the record"); TEX. R. APP. P. 34.5(c)(1) ("If a relevant item has been omitted from the clerk's record . . . *any party* may by letter *direct the trial court clerk* to prepare, certify, and file in the appellate court a supplement containing the omitted item.") (emphasis supplied). Trial court clerks are obliged to comply with the Rules of Appellate Procedure, including Rule 34.5, and are not authorized to impose any additional requirement that parties first seek authorization from this Court before directing the preparation of a supplemental clerk's record.

Accordingly, as required by the Rules of Appellate Procedure, the Fort Bend District Clerk shall file a supplemental clerk's record containing the exhibits requested by Appellants no later than **January 5, 2015**.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
☑ Acting individually  ☐ Acting for the Court

Date: December 23, 2014